**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DIANNE KNOX; WILLIAM L.
BLAYLOCK; ROBERT A. CONOVER;
EDWARD L. DOBROWOLSKI, JR.;
KARYN GIL; THOMAS JACOB HASS;
PATRICK JOHNSON; JON JUMPER, On
Behalf of Themselves and the
Class They Seek to Represent,
    *Plaintiffs-Appellees,*

   v.

CALIFORNIA STATE EMPLOYEES
ASSOCIATION, LOCAL 1000, SERVICE
EMPLOYEES INTERNATIONAL UNION,
AFL-CIO-CLC,
    *Defendant-Appellant,*

   and

STEVE WESTLY, Controller, State of
California,
    *Defendant.*

No. 08-16645

D.C. No.
2:05-CV-02198-
MCE-KJM
Eastern District of
California,
Sacramento

ORDER

On Remand From The United States Supreme Court

Filed August 16, 2012

Before: J. Clifford Wallace, Sidney R. Thomas, and
Richard R. Clifton,* Circuit Judges.

---

*Judge Richard R. Clifton was substituted for the late Judge David R.
Thompson. *See* General Order 3.2(g).

# **ORDER**

Pursuant to the opinion of the United States Supreme Court dated June 21, 2012, the district court opinion is vacated, and the case is remanded to the district court for further proceedings consistent with the Supreme Court's opinion.

IT IS SO ORDERED.